# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ERNESTINE ALSTON,**

    **Plaintiff,**

**v.**                                               Case No:   6:17-cv-1723-Orl-31DCI

**SUMMIT RECEIVABLES,**

    **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Default Judgment (Doc. 19) and Plaintiff's Motion for Costs of the Action and Attorney Fees (Doc. 20), both filed February 19, 2018.

On June 27, 2018, the United States Magistrate Judge issued a report (Doc. 22) recommending that the motions be granted in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED in part.** The Clerk is directed to enter default judgment in favor of Plaintiff and against Defendant as to Counts I and II of the Complaint in the amount of $50.00 in actual damages and $1,500.00 in statutory damages. The Motion (Doc. 19) is **DENIED** in all other respects.

3. The Motion for Costs of the Action and Attorney Fees (Doc. 20) is **GRANTED in part**. Plaintiff is awarded $3,031.00 in attorney fees and $465.00 in costs. The Motion (Doc. 20) is **DENIED** in all other respects.

4. After entry of Judgment, the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 17, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party