UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ERNESTINE ALSTON,<br><br>    Plaintiff,<br>v.<br><br>SUMMIT RECEIVABLES,<br><br>    Defendant. | Case No.: 6:17-cv-1723-GAP-DCI |

**PLAINTIFF'S UNOPPOSED MOTION TO STAY
THIS CASE THROUGH OCTOBER 25, 2018**

Plaintiff, ERNESTINE ALSTON ("Plaintiff"), by and through her attorneys, Agruss Law Firm, LLC, respectfully requests this Honorable Court to enter an Order staying this case through October 25, 2018. In support of this Unopposed Motion, Plaintiff states the following:

1. The parties, through counsel, have agreed to mediate this case, and several others, on October 18, 2018.

2. The mediation will take place at JAMS in Las Vegas, NV, in front of the Honorable Rosalyn Chapman (retired) https://www.jamsadr.com/chapman/.

3. Michael Agruss will appear at the mediation on behalf of Plaintiff.

4. Cami Perkins, shareholder at Holley, Driggs, Walch, Fine, Wray, Puzey & Thompson, will appear at the mediation on behalf of Defendant.

5. No later than October 25, 2018, the parties will either file a Notice of Settlement or a Status Report with this Honorable Court.

6. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.,* 299 U.S. 248, 254 (1936).

7. I, Michael Agruss, certify that I have conferred with Defendant's counsel, Cami Perkins, regarding this Motion. Defendant agrees with Plaintiff's Motion to Stay this case.

WHEREFORE, Plaintiff, ERNESTINE ALSTON, respectfully requests this Honorable Court to enter an Order staying this case through October 25, 2018.

Respectfully submitted,

DATED:  September 14, 2018            AGRUSS LAW FIRM, LLC


By: /s/ Michael S. Agruss
Michael S. Agruss
Agruss Law Firm, LLC
4809 N. Ravenswood Avenue, Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff

## PROOF OF SERVICE

I, Michael S. Agruss, state the following:

I am employed in Chicago, IL.  I am over the age of 18, and am not a party to this action. My business address is 4809 N. Ravenswood Ave., Suite 419, Chicago, IL 60640.  On September 14, 2018, Agruss Law Firm, LLC, served the following documents:

**PLAINTIFF'S UNOPPOSED MOTION TO STAY THIS CASE THROUGH OCTOBER 25, 2018**

On the parties listed below:

Cami Perkins
Holley, Driggs, Walch, Fine, Wray, Puzey & Thompson
400 S. 4th Street, Suite 300
Las Vegas NV 89101
cperkins@nevadafirm.com

By the following means of service:

[X]   **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail address(es) listed above, which are the e-mail address(es) on file with the court's CM/ECF system.  I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[X]   **FEDERAL:** I declare under penalty of perjury under the laws of Illinois that the above is true and correct.

Executed on September 14, 2018, in Chicago, Illinois.

By: /s/ Michael S. Agruss
Michael S. Agruss